## Caroline Cohen v. James Henry.

Case made from Wayne Circuit.

This case was heard with the preceding case of *Weber v. Henry*, and depends upon the principles decided therein.